UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASCENTIUM CAPITAL LLC, a Delaware limited liability company, | No. 2:20-cv-1323 JAM DB PS |
| Plaintiff, | ORDER |
| v. | |
| SAMARAH INVESTMENT, LLC, a Colorado limited liability company dba LA QUINTA INN & SUITES, SHAMA NAZ, an individual. | |
| Defendants. | |

On February 3, 2021, plaintiff filed a motion for default judgment and noticed the motion for hearing before the undersigned on March 5, 2021, pursuant to Local Rule 302(c)(1). (ECF No. 16.) Pursuant to Local Rule 230(c) defendant Shama Naz was to file an opposition or a statement of non-opposition to plaintiff's motion "not less than fourteen (14) days preceding the noticed . . . hearing date." Defendant, however, has failed to file a timely opposition or statement of non-opposition.

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Any individual representing himself or

1

herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

In light of defendant's pro se status, and in the interests of justice, the court will provide defendant with an opportunity to show good cause for defendant's conduct along with a final opportunity to oppose plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant show cause in writing within fourteen days of the date of this order for defendant's failure to file a timely opposition or statement of non-opposition;

2. The March 5, 2021 hearing of plaintiff's motion for default judgment (ECF No. 16) is continued to **Friday, April 9, 2021, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **March 26, 2021**, defendant shall file an opposition or statement of non-opposition to plaintiff's motion;

4. Defendant is cautioned that the failure to timely comply with this order may result in the imposition of sanctions; and

5. In light of General Order No. 618, the parties shall appear at all hearings in this action either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference.  Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.

1 | Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial
2 | of entry to future hearings, or any other sanctions deemed necessary by the court.
3 | DATED: February 24, 2021                 /s/ DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE