Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff, ASCENTIUM CAPITAL LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DISTRICT

| | |
|---|---|
| ASCENTIUM CAPITAL LLC, a Delaware limited liability company,, <br><br> Plaintiff, <br><br> v. <br><br> SAMARAH INVESTMENT, LLC, a Colorado Limited Liability Company dba LA QUINTA INN & SUITES; SHAMA NAZ, an indvidual, <br><br> Defendants. | Case No. 2:20-CV-01323-JAM-DB <br><br> **JUDGMENT PURSUANT TO STIPULATION IN FAVOR OF PLAINTIFF ASCENTIUM CAPITAL, LLC AND AGAINST DEFENDANTS SAMARAH INVESTMENT, LLC, a Colorado corporation dba LA QUINTA INN & SUITES and SHAM NAZ, an individual** <br><br> Action Filed: December 9, 2019 |

Plaintiff ASCENTIUM CAPITAL LLC, a Delaware limited liability company (hereinafter "Plaintiff") and Defendants SAMARAH INVESTMENT , LLC, a Colorado Limited Liability Company, dba LA QUINTA INN & SUITES and SHAMA NAZ, an individual (collectively "Defendants"), having signed a written Stipulation for Entry of Judgment in Favor of Plaintiff Ascentium Capital, LLC and Against the Defendants, and each of them, ("Stipulation"), and the Stipulation having been filed concurrently herewith, the Court orders the following judgment

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

pursuant to the Stipulation:

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment shall be entered in favor of Plaintiff and against Defendants SAMARAH INVESTMENT, a Colorado Limited Liability Company dba LA QUINTA INN & SUITES and SHAMA NAZ, an individual, and each of them, jointly and severally in the sum of $150,000.00.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff is entitled to any and all post judgment attorney's fees and costs as allowed by law as a result of its contractual right to attorney's fees and costs in the contracts upon which this action is based.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any default which has been entered against the Defendants, and each of them, is hereby set aside for the purpose of having this Judgment entered.

IT IS FURTHER STIPULATED AND AGREED that to the extent this Judgment does not contain all of the terms of the Stipulation for Judgment signed by Plaintiff and Defendants such terms are incorporated herein by this reference as if set forth in full.

THE CLERK IS ORDERED TO SET ASIDE ANY DEFAULT AND ENTER THE JUDGMENT.

DATED: June 3, 2021 /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE